MOYER, C.J., dissents because the motion is out of rule.

RESNICK, J., dissents.

**92–1130.** Bresnik v. Beulah Park Ltd. Partnership. *Franklin County*, No. 91AP–1068. On motion for leave to file *amicus* of Horseman's Benevolent and Protective Association–Ohio Division, Inc. Motion granted.

**92–1505.** State v. Houston. *Montgomery County*, No. 12513. On motion for leave to file delayed appeal. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**92–1523.** Kelm v. Kelm. *Franklin County*, No. 91AP–1406. On motion to dismiss. Motion denied and ten-day extension granted.

DOUGLAS, J., would dismiss the cause as moot.

MOYER, C.J., not participating.

**92–1682.** Hyde v. Reynoldsville Casket Co. *Ashtabula County*, No. 91–A–1660. On motions for leave to file *amicus* of Brown & Szaller Co., L.P.A., and Spangenberg, Shibley, Traci, Lancione & Liber. Motions granted.

**92–1744.** Cincinnati Gas & Elec. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. On motions for leave to intervene of Armco Steel Company et al., Cincinnati, Industrial Energy Consumers, University of Cincinnati, Miami University, and Office of Consumers' Counsel. Motions granted.

MOYER, C.J., and WRIGHT, J., not participating.

**92–1773.** Columbus S. Power Co. v. Pub. Util. Comm. Public Utilities Commission, No. 91–418–EL–AIR. On motions for leave to intervene of Industrial Energy Consumers and Office of Consumers' Counsel. Motion granted.

MOYER, C.J., and WRIGHT, J., not participating.

**92–2078.** Citywide Coalition for Util. Reform v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. On motion for leave to intervene of Cincinnati as appellant. Motion denied.

MOYER, C.J., not participating.

On motion for leave to intervene of Cincinnati Gas and Electric Company. Motion granted.

F.E. SWEENEY, J., dissents.

MOYER, C.J., not participating.

**92–2101.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. On motion for leave to intervene of Cincinnati Gas and Electric Company. Motion granted.

MOYER, C.J., not participating.

**92–2109.** State ex rel. Slone v. Campbell. In Mandamus. On motion for findings of fact and conclusions of law. Motion denied.

F.E. SWEENEY, J., not participating.

**92–2171.** Tresner v. Pepsi Cola Bottling Co. of Columbus. *Franklin County*, No. 91AP–1093. On motion for leave to file memorandum in support instanter and on motion to dismiss. Motion for leave granted and motion to dismiss denied.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**92–2252.** Office of Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, No. 91–1648–TP–ATA. On motion for leave to intervene of Cincinnati Bell Telephone Company. Motion granted.

RESNICK, J., not participating.

**92–2345.** Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County*, No. C–910760. On motion to dismiss. Motion denied.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**92–2380.** Morrow Chamber of Commerce v. Pub. Util. Comm. Public Utilities Commission, No. 90–1760–TP–PEX. On motion for leave to intervene of Cincinnati Bell Telephone Company.